SOTELO v. DREW

No. 398A96

Case below: 123 N.C.App. 464

Motion by defendant to dismiss appeal denied 10 April 1997.

STATE v. BALDWIN

No. 126PA97

Case below: 125 N.C.App. 530

Motion by Attorney General for temporary stay allowed 24 March 1997. Petition by Attorney General for writ of supersedeas allowed 10 April 1997. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 10 April 1997. Justice Orr recused.

STATE v. BAYSDEN

No. 41P97

Case below: 105 N.C.App. 445

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 10 April 1997. Justice Parker recused.

STATE v. BAZEMORE

No. 131P97

Case below: 125 N.C.App. 422

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 10 April 1997.

STATE v. BURNS

No. 118A97

Case below: 125 N.C.App. 616

Petition by Attorney General for writ of supersedeas and motion for temporary stay denied 18 March 1997.